# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Curtiss R. Justus, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1556 C.D. 2015 |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Bay Valley Foods), | : | |
| | : | |
| Respondent | : | |

# **O R D E R**

**AND NOW,** this 22nd day of November, 2016, it is ordered that the above-captioned Memorandum Opinion, filed August 10, 2016, shall be designated OPINION and shall be REPORTED.

_____
**JAMES GARDNER COLINS, Senior Judge**